EVAN C. BORGES (SB: 128706)
DEBORAH S. MALLGRAVE (SB: 198603)
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Telephone: (949) 383-2800
Attorneys for Plaintiff Manna Kadar Beauty, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNA KADAR BEAUTY, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EVANSTON INSURANCE COMPANY; MARKEL SERVICE, INC.; and MARKEL CORPORATION, <br><br> Defendant(s). | CASE NUMBER <br><br> 8:21-cv-00595-JLS-ADS <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Markel Service, Inc. and Markel Corporation is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Manna Kadar Beauty, Inc.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5/7/2021
Date

*Deborah S. Mallgrave*
Signature of Attorney/Party

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.