JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANNA KADAR BEAUTY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>Defendant. | Case No.  8:21-cv-00595-JLS-ADS<br><br>**JUDGMENT IN FAVOR OF EVANSTON INSURANCE COMPANY** |

# JUDGMENT

By Order on November 10, 2021 (Doc. 23), the Court granted Defendant Evanston Insurance Company's ("Evanston") Motion to Dismiss Plaintiff Manna Kadar Beauty, Inc.'s ("Manna Kadar") First Amended Complaint with prejudice, finding for the reasons set forth in that Order that Evanston has no duty to defend Manna Kadar against FabFitFun's claims in the underlying arbitration identified in the First Amended Complaint herein (Doc. 12). Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment is entered in favor of Evanston and against Manna Kadar.
2. The Court declares that coverage is not afforded for Manna Kadar under Evanston's Policy No. 3AA339942 for FabFitFun's claims in the underlying arbitration between Manna Kadar and FabFitFun, and therefore Evanston has no duty to defend Manna Kadar in that arbitration.
3. Manna Kadar shall take nothing by way of its First Amended Complaint.
4. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Evanston is entitled to recover its costs incurred in this action.

IT IS SO ORDERED.

DATED: November 18, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE